## United States District Court

### Western District of Arkansas

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| **CHRISTOPHER EVANS** | )    Case No. 2:13CR20018-001 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christopher Evans, have discussed with Brent J. Young, Pretrial Services/Probation Officer, modification of my release as follows:

(7)(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7)(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(7)(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    7-2-13    _____    7/2/13
Signature of Defendant       Date      Pretrial Services/Probation     Date
                                       Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 7/2/13
Signature of Defense Counsel           Date

[✓] The above modification of conditions of release is ordered, to be effective on  7-2-13

[ ] The above modification of conditions of release is not ordered.

_____    7-2-13
Honorable P.K. Holmes, III    Date
Chief United States District Judge

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 2 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk